# EXHIBIT 1

**Registration #:** TXu002503544
**Service Request #:** 1-14865952771

## Mail Certificate

Fross Zelnick Lehrman & Zissu, P.C.
Craig S. Mende
151 West 42nd Street, 17th Floor
New York, NY 10036 United States

**Priority:** Special Handling     **Application Date:** April 10, 2025

## Correspondent

**Organization Name:** Fross Zelnick Lehrman & Zissu, P.C.
**Name:** Craig S. Mende
**Email:** uscopyright@fzlz.com
**Telephone:** (212)813-5954
**Alt. Telephone:** (212)813-5900
**Address:** 151 West 42nd Street, 17th Floor
New York, NY 10036 United States

**Registration Number**
# TXu 2-503-544
**Effective Date of Registration:**
April 14, 2025
**Registration Decision Date:**
August 15, 2025

## Title

      **Title of Work:**  Britannica Website - Animals - as of March 17, 2025

## Completion/Publication

      **Year of Completion:**  2025

## Author

- **Author:**  Encyclopaedia Britannica, Inc.
  **Author Created:**  text, photograph(s), Compilation of text and photographs.
  **Work made for hire:**  Yes
  **Domiciled in:**  United States

## Copyright Claimant

      **Copyright Claimant:**  Encyclopaedia Britannica, Inc.
      325 N. LaSalle Street, Suite 200, Chicago, IL, 60654, United States

## Limitation of copyright claim

  **Material excluded from this claim:**  Some licensed third party photographs, some text and 2D artwork

  **New material included in claim:**  text, photograph(s), Compilation of text and photographs.

## Certification

      **Name:**  Craig Mende
      **Date**:  April 10, 2025
  **Applicant's Tracking Number**:  ENCB 2503986

---

      **Correspondence:**  Yes
  **Copyright Office notes:**  Regarding special handling request: Claim upgraded for special handling per

Page 1 of 2

request received on June 27, 2025 due to prospective litigation.