IH-32                                                                                                      Rev: 2014-1

# United States District Court
for the
# Southern District of New York
## Related Case Statement

___

### Full Caption of Later Filed Case:

ENCYCLOPÆDIA BRITANNICA, INC.,
and MERRIAM-WEBSTER, INC.,

| Plaintiff | Case Number |
|---|---|
| vs. | 1:25-cv-7546 |
| PERPLEXITY AI, INC., | |
| Defendant | |

### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

DOW JONES & COMPANY, INC. and NYP HOLDINGS, INC.,

| Plaintiff | Case Number |
|---|---|
| vs. | No. 24-cv-7984-KPF |
| PERPLEXITY AI, INC., | |
| Defendant | |

**Status of Earlier Filed Case:**

☐ Closed   (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☑ Open    (If so, set forth procedural status and summarize any court rulings.)

On August 21, 2025, the Court denied in full Perplexity's 12(b)(2), 12(b)(3), and (12(b)(6) motion to dismiss the complaint for lack of jurisdiction, improper venue, and failure to state a claim (ECF No. 65). The Court further declined to transfer the case to the Northern District of California (ECF No. 65). Perplexity's answer is due on October 6, 2025 (ECF No. 71). The Court recently entered a scheduling order, with fact discovery to be completed by June 4, 2026 (ECF No. 68).

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

Like related case Dow Jones, et al. v. Perplexity AI, Inc., No. 24-cv-7984-KPF (S.D.N.Y.), this case will determine whether Perplexity's practices in developing and marketing its generative AI products (namely, its so-called "answer engine") constitute copyright and trademark infringement in violation of 17 U.S.C. § 106 and 15 U.S.C. § 1125, respectively. In that case, the Court denied in full Perplexity's motion to dismiss for lack of jurisdiction, improper venue, and failure to state a claim and denied its motion to transfer to the Northern District of California (ECF No. 65). The Court has now entered a scheduling order in that case and will adjudicate whether Perplexity has infringed the extensive body of copyrighted materials and federally registered trademarks that Plaintiffs, news publishers, own for their publications including the Wall Street Journal and the New York Post.

In the present action, Britannica and Merriam-Webster, also publishers of original content like Dow Jones and NYP Holdings, allege the same causes of action (copyright and trademark infringement) against the same defendant (Perplexity) for the same misconduct (development and marketing of Perplexity's generative AI products).

The Dow Jones Court's familiarity with the defendant and the subject matter of this action will promote efficiency and facilitate prompt resolution of this case.

Signature: /s/ Gloria Park                          Date: 9/10/2025

Firm: Susman Godfrey