# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENCYCLOPÆDIA BRITANNICA, INC., and MERRIAM-WEBSTER, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>PERPLEXITY AI, INC.,<br><br>Defendant. | Case No. 1:25-cv-07546 (JLR)<br><br>**NOTICE OF DEFENDANT'S MOTION TO DISMISS**<br><br>**ORAL ARGUMENT REQUESTED** |

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Defendant's Motion to Dismiss, dated November 3, 2025, and all prior papers and proceedings herein, the undersigned shall move this Court on behalf of Defendant Perplexity AI, Inc. ("Perplexity") before the Honorable Jennifer L. Rochon, in Courtroom 20B of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, located at 500 Pearl Street, New York, New York 10007, at a date and time to be set by the Court, for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing Plaintiffs' claims as to Count II of the Complaint or, in the alternative, dismissing Count II as to the Eleven Works for which Plaintiffs pleaded no facts establishing any allegedly infringing output.[1]

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 6.1(b) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Plaintiffs'

---

[1] Capitalized terms and phrases used in this Notice of Motion not otherwise defined herein shall have the same meanings ascribed to them in the Memorandum of Law in Support of Defendant's Motion to Dismiss.

opposition shall be due on Monday, November 17, 2025, and Perplexity's reply shall be due on Monday, November 24, 2025.

Dated: November 3, 2025            Respectfully submitted,

**LATHAM & WATKINS LLP**

/s/ *Joseph R. Wetzel*
Joseph (Joe) R. Wetzel
Andrew Gass (admitted *pro hac vice*)
Brett M. Sandford (admitted *pro hac vice*)
505 Montgomery Street
Suite 2000
San Francisco, CA 94111-6538
Tel: 415.391.0600
joe.wetzel@lw.com
andrew.gass@lw.com
brett.sandford@lw.com

Sarang V. Damle
Julia R. Miller
1271 Avenue of the Americas
New York, NY 10020
Tel: 212.906.1200
sy.damle@lw.com
julia.miller@lw.com

*Attorneys for Defendant Perplexity AI, Inc.*