## SUSMAN GODFREY L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP

ONE MANHATTAN WEST

NEW YORK, NEW YORK 10001-8602

(212) 336-8330

FAX (212) 336-8340

WWW.SUSMANGODFREY.COM

_____

| SUITE 5100 | SUITE 1400 | SUITE 3000 |
|---|---|---|
| 1000 LOUISIANA STREET | 1900 AVENUE OF THE STARS | 401 UNION STREET |
| HOUSTON, TX 77002-5096 | LOS ANGELES, CALIFORNIA 90067-6029 | SEATTLE, WASHINGTON 98101-2683 |
| (713) 651-9366 | (310) 789-3100 | (206) 516-3880 |

DAVIDA BROOK

DIRECT DIAL (310) 789-3105

E-MAIL dbrook@susmangodfrey.com

> Request GRANTED. Plaintiffs' opposition to Defendant's motion to dismiss is due by November 24, 2025, and Defendant's reply is due by December 15, 2025.
>
> Dated: November 7, 2025
> New York, New York
>
> **SO ORDERED.**
>
> _/s/ Jennifer Rochon_
> **JENNIFER L. ROCHON**
> **United States District Judge**

November 6, 2025

**VIA ECF FILING**

Hon. Jennifer L. Rochon
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, 20B
New York, New York 10007

Re:   *Encyclopaedia Britannica, Inc. et al. v. Perplexity AI, Inc.*, No. 1:25-cv-07546-JLR, Extension on Motion to Dismiss Briefing Schedule

Dear Judge Rochon:

Plaintiffs Encyclopaedia Britannica, Inc. and Merriam-Webster, Inc. respectfully request a 7-day extension of their deadline to respond to the Motion to Dismiss (the "Motion") filed by Defendant Perplexity AI, Inc. on November 3, 2025. Dkt. 29. This extension would move Plaintiffs' deadline to respond from November 17, 2025 to November 24, 2025.

Counsel for Plaintiffs conferred with counsel for Defendant, which requested a comparable extension for Defendant's deadline to reply in support of the Motion. This extension, which Plaintiffs do not oppose, would move Defendant's deadline to reply from December 1, 2025 to December 15, 2025. With that comparable extension for the reply, Defendant does not oppose Plaintiffs' request for a 7-day extension on their response to the Motion.

There have been no prior requests for an extension on the response or reply, and granting this request would not impact other case deadlines. We thank the Court for its consideration.

November 6, 2025
Page 2

                Respectfully submitted,

                SUSMAN GODFREY L.L.P.

                */s/ Davida Brook*

                Davida Brook (*pro hac vice*)
                1900 Avenue of the Stars, Suite 1400
                Los Angeles, CA 90067
                Telephone: (310) 789-3100
                Facsimile: (310) 789-3150
                dbrook@susmangodfrey.com

                Ian Crosby (*pro hac vice*)
                401 Union Street, Suite 3000
                Seattle, WA 98101
                Telephone: (206) 516-3880
                Facsimile: (206) 516-3883
                icrosby@susmangodfrey.com

                Y. Gloria Park
                Sarah Hannigan
                One Manhattan West, 50th Floor
                New York, NY 10001
                Telephone: (212) 336-8330
                Facsimile: (212) 336-8340
                gpark@susmangodfrey.com
                shannigan@susmangodfrey.com

                *Attorneys for Plaintiffs*