505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Tel: +1.415.391.0600 Fax: +1.415.395.8095
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Silicon Valley |
| Houston | Singapore |
| London | Tel Aviv |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

LATHAM & WATKINS LLP

December 15, 2025

**VIA ECF**

The Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

**Re: *Encyclopædia Britannica, Inc., et al. v. Perplexity AI, Inc.*, No. 25-cv-7546 (JLR)**

Dear Judge Rochon:

    Pursuant to this Court's Individual Rule 2(B) and order dated December 11, 2025 (Dkt. No. 36), the parties in the above-referenced matter submit this joint letter containing a list of the names, telephone numbers, and email addresses of counsel who will speak during the initial pre-trial conference on December 17, 2025 at 11:00 a.m. (Dkt. No. 17).

**Plaintiffs' Counsel**

| | |
|---|---|
| Ian B. Crosby<br>Telephone: (206) 516-3861<br>Email:<br>icrosby@SusmanGodfrey.com | Davida Brook<br>Telephone: (310) 789-3105<br>Email: dbrook@susmangodfrey.com |

**Defendant's Counsel**

| | |
|---|---|
| Joseph R. Wetzel<br>Telephone: (415) 395-8007<br>Email: joe.wetzel@lw.com | Sarang V. Damle<br>Telephone: (202) 637-3332<br>Email: sy.damle@lw.com |

LATHAM&WATKINS LLP

| | |
|---|---|
| Dated: December 15, 2025 | Respectfully Submitted, |
| **SUSMAN GODFREY LLP** | **LATHAM & WATKINS LLP** |
| /s/ *Ian B. Crosby*[1] | /s/ *Joseph R. Wetzel* |
| Ian B. Crosby (*pro hac vice*) | Joseph R. Wetzel |
| 401 Union Street, Suite 3000 | Andrew Gass (admitted *pro hac vice*) |
| Seattle, WA 98101 | Brett M. Sandford (admitted *pro hac vice*) |
| icrosby@susmangodfrey.com | 505 Montgomery Street, Suite 2000 |
| T: (206) 516-3880 | San Francisco, CA 94111-6538 |
| F: (206) 516-3883 | Tel: 415.391.0600 |
| | joe.wetzel@lw.com |
| Davida Brook (*pro hac vice*) | andrew.gass@lw.com |
| 1900 Avenue of the Stars, Sute 1400 | brett.sandford@lw.com |
| Los Angeles, CA 90067 | |
| dbrook@susmangodfrey.com | Sarang V. Damle |
| T: (310) 789-3100 | Julia R. Miller |
| F: (310) 789-3150 | 1271 Avenue of the Americas |
| | New York, NY 10020 |
| Y. Gloria Park | Tel: 212.906.1200 |
| Sarah Hannigan | sy.damle@lw.com |
| One Manhattan West, 50th Street | julia.miller@lw.com |
| New York, NY 10001 | |
| gpark@susmangodfrey.com | *Attorneys for Defendant* |
| shannigan@susmangodfrey.com | *Perplexity AI, Inc.* |
| T: (212) 336-8330 | |
| F: (212) 336-8340 | |
| | |
| *Attorneys for Plaintiffs Encyclopaedia Britannica, Inc. and Merriam-Webster, Inc.* | |

---

[1] All parties whose electronic signatures are included herein have consented to the filing of this document, as contemplated by Rule 8.5(b) of the Court's ECF Rules and Instructions.