**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| ENCYCLOPÆDIA BRITANNICA, INC., and MERRIAM-WEBSTER, INC., <br><br>        Plaintiffs, <br><br>       v. <br><br> PERPLEXITY AI, INC., <br><br>       Defendant. | Case No. 1:25-cv-07546 (JLR) <br><br> **JOINT STIPULATION REGARDING AMENDED COMPLAINT AND PERPLEXITY'S MOTION TO DISMISS** |

Plaintiffs Encyclopaedia Britannica, Inc. and Merriam-Webster, Inc. ("Plaintiffs") and Defendant Perplexity AI, Inc. ("Perplexity") (collectively, the "Parties"), hereby stipulate and agree as follows:

WHEREAS, Plaintiffs commenced this action and filed their original Complaint (the "Complaint") on September 10, 2025, ECF No. 1;

WHEREAS, Plaintiffs seek to amend their Complaint and file the Amended Complaint attached to this Stipulation as Exhibit A ("the Amended Complaint");

WHEREAS, Perplexity consents to Plaintiffs' filing of the Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2) on the condition that the parties brief Perplexity's motion to dismiss the Amended Complaint pursuant to the terms of this stipulation;

WHEREAS, Perplexity filed a motion to dismiss the original Complaint on November 3, 2025 (ECF Nos. 29-30), and that motion has been fully briefed since December 15, 2025 (ECF No. 38);

WHEREAS, Perplexity believes the same arguments it asserted in its prior motion to dismiss apply equally to the Amended Complaint;

1

WHEREAS, for the sake of judicial efficiency in resolving Perplexity's motion to dismiss, the Parties have agreed to file, on the same day as the filing of the Amended Complaint, briefs in support of and opposing, as applicable, Perplexity's motion to dismiss that are identical to the briefs the Parties filed in connection with Perplexity's prior motion to dismiss the Complaint except that said briefs shall include minor modifications to update citations to the Complaint to the Amended Complaint and otherwise to reflect that Plaintiffs have added an additional copyright registration in the Amended Complaint (Reg. No. TXu 2-525-852);

NOW WHEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES THAT,

Perplexity consents to amendment of the Complaint with the amendments set forth in the Amended Complaint attached hereto as Exhibit A on the terms and conditions set forth in this Stipulation;

Plaintiffs shall file the Amended Complaint on March 17, 2026;

Perplexity shall file the notice of motion to dismiss the Amended Complaint and memorandum of law in support of its motion to dismiss the Amended Complaint that is attached hereto as Exhibits B and C, respectively (as further modified to include the docket number of the Amended Complaint), on March 17, 2026, after Plaintiffs file the Amended Complaint;

Plaintiffs shall file the memorandum of law in opposition to Perplexity's motion to dismiss the Amended Complaint that is attached hereto as Exhibit D (as further modified to include the docket numbers of the Amended Complaint and Perplexity's motion to dismiss papers) on March 17, 2026, after Perplexity files its memorandum of law in support of its motion to dismiss;

Perplexity shall file the reply memorandum of law in further support of its motion to dismiss that is attached hereto as Exhibit E (as further modified to include the docket numbers of

the Amended Complaint and previously filed papers on the motion to dismiss) on March 17, 2026, after Plaintiffs file their memorandum of law in opposition to Perplexity's motion to dismiss;

The parties shall cooperate in good faith to ensure that the aforementioned papers are filed on March 17, 2026, in the sequence set forth above;

The Parties further agree that Exhibits B through E, as filed on March 17, 2026, shall constitute the briefing with respect to Perplexity's motion to dismiss the Amended Complaint and that motion shall be deemed fully briefed as of the filing of Perplexity's reply memorandum of law on March 17, 2026.

**IT IS SO STIPULATED:**

**LATHAM & WATKINS LLP**

/s/ *Joseph R. Wetzel*
Joseph R. Wetzel
Andrew Gass (admitted *pro hac vice*)
Brett M. Sandford (admitted *pro hac vice*)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Tel: 415.391.0600
joe.wetzel@lw.com
andrew.gass@lw.com
brett.sandford@lw.com

Sarang V. Damle
Julia R. Miller
1271 Avenue of the Americas
New York, NY 10020
Tel: 212.906.1200
sy.damle@lw.com
julia.miller@lw.com

*Attorneys for Defendant*
*Perplexity AI, Inc.*

**SUSMAN GODFREY LLP**

/s/ *Ian B. Crosby*[1]
Ian B. Crosby (*pro hac vice*)
401 Union Street, Suite 3000
Seattle, WA 98101
icrosby@susmangodfrey.com
T: (206) 516-3880
F: (206) 516-3883

Davida Brook (*pro hac vice*)
1900 Avenue of the Stars, Sute 1400
Los Angeles, CA 90067
dbrook@susmangodfrey.com
T: (310) 789-3100
F: (310) 789-3150

Y. Gloria Park
Sarah Hannigan
One Manhattan West, 50th Street
New York, NY 10001
gpark@susmangodfrey.com
shannigan@susmangodfrey.com
T: (212) 336-8330
F: (212) 336-8340

*Attorneys for Plaintiffs Encyclopaedia*
*Britannica, Inc. and Merriam-Webster,*
*Inc*

Dated: March 18, 2026

New York, New York

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 29.

**SO ORDERED**

Hon. Jennifer L. Rochon
United States District Judge

---

[1] Electronic signatures used with consent in accordance with Rule 8.5(b) of the Court's ECF Rules and Instructions.

4