**Joseph Wetzel**
Direct Dial: +1.415.395.8007
joe.wetzel@lw.com

505 Montgomery Street, Suite 2000
San Francisco, California  94111-6538
Tel: +1.415.391.0600  Fax: +1.415.395.8095
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Silicon Valley |
| Houston | Singapore |
| London | Tel Aviv |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

April 28, 2026

**VIA ECF**

Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1920
New York, NY 10007

Re:     *Encyclopaedia Britannica, Inc. et al v. Perplexity AI, Inc.*, No. 1:25-cv-07546-JLR

Dear Judge Rochon:

We represent Defendant Perplexity AI, Inc. ("Perplexity") in the above-captioned matter. Plaintiffs Encyclopaedia Britannica, Inc. and Merriam-Webster, Inc. (collectively, "Plaintiffs") filed a Letter Motion for a Pre-Motion Discovery Conference ("Motion") on April 27, 2026.  Dkt. No. 49.

Pursuant to Rule 2(E) of this Court's Individual Rules of Practice in Civil Cases, we write to inform the Court that Perplexity will file a response to Plaintiffs' Motion.  Based on the same rule, we understand that Perplexity's current deadline to file its responsive letter is April 30, 2026.

Further, pursuant to Rule 1(F) of this Court's Individual Rules of Practice in Civil Cases, Perplexity seeks an extension of time to file its response to Plaintiffs' Motion by two business days.  If granted, the new date to respond to Plaintiffs' Motion would be Monday, May 4, 2026. Plaintiffs consent to this limited extension.  This is Perplexity's first request for an extension of time to respond to Plaintiffs' Motion.  The proposed extension will not affect any deadlines in the Case Management Plan and Scheduling Order, Dkt. No. 39.

Sincerely,
/s/ *Joseph Wetzel*
Joseph Wetzel
of LATHAM & WATKINS LLP

cc: All counsel of record (via ECF)