UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ENCYCLOPÆDIA BRITANNICA, INC., and
MERRIAM-WEBSTER, INC.,

                            Plaintiffs,

        -against-

PERPLEXITY AI, INC.,

                            Defendant.

Case No. 1:25-cv-07546 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The Court is in receipt of the parties' letters concerning their discovery dispute. *See* Dkts. 49, 56. The Court will hold a conference to discuss these letters on **May 13, 2026**, at **3:30 p.m.**, via Microsoft Teams. The public listen-only line may be accessed by dialing Phone Number: 646-453-4442 | Phone Conference ID: 843314419#. The parties shall submit an appearance sheet to provide contact information for the attorneys who will appear and speak on their behalf.

Dated:  May 5, 2026
        New York, New York

                                        SO ORDERED.

                                        _Jennifer Rochon_
                                        JENNIFER L. ROCHON
                                        United States District Judge