UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ENCYCLOPAEDIA BRITANNICA, INC., et al.,

                    Plaintiffs,

    -v-

PERPLEXITY AI, INC.,

                    Defendant.

CIVIL ACTION NO. 25 Civ. 7546 (JLR) (SLC)

**IN PERSON CONFERENCE
SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

This action has been referred to the undersigned for general pretrial management. (Dkt. No. 64).  On April 27, 2026, Plaintiffs Encyclopaedia Britannica, Inc. and Merriam-Webster, Inc. (together, "Plaintiffs") filed a motion to compel Defendant Perplexity AI, Inc. ("Defendant") to produce documents and source code.  (Dkt. No. 49 (the "Motion")).  On May 12, 2026, the parties filed stipulated protocols for the production of documents and source code.  (Dkt. Nos. 61; 63).  On May 13, 2026, the Honorable Jennifer L. Rochon held a conference with the parties to discuss the Motion.

An **in-person** conference to discuss the Motion and the parties' remaining discovery disputes is scheduled to take place on **June 1, 2026, at 2:00 p.m. ET** (the "Conference") in Courtroom 18A, 500 Pearl Street, New York NY 10007.  Any participant requesting permission to bring an electronic device (e.g., cellphone, laptop, tablet) into the Courthouse for use at the Conference must email to Chambers (Cave_NYSDChambers@nysd.uscourts.gov) a completed Electronic Device Order on or before **May 26, 2026**.  The Electronic Device Order form is available

on the Court's website at https://nysd.uscourts.gov/forms/fillable-form-electronic-devices-general-purpose.

By **May 27, 2026**, the parties shall file a joint letter setting forth the status of discovery and identifying any remaining discovery disputes, with respect to the Motion or otherwise, ripe for the Court's attention.

Dated:        New York, New York
              May 14, 2026

                                    SO ORDERED.

                                    _____
                                    SARAH L. CAVE
                                    **United States Magistrate Judge**

2