**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ENCYCLOPAEDIA BRITANNICA, INC., and MERRIAM-WEBSTER, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PERPLEXITY AI, INC., <br><br> Defendant. | No. 1:25-cv-07546-JLR-SLC |

<u>**[PROPOSED] STIPULATION ON MAY 27, 2026 JOINT LETTER TO JUDGE CAVE**</u>

Plaintiffs Encyclopaedia Britannica, Inc. and Merriam-Webster, Inc. and Defendant Perplexity AI, Inc. submit this Proposed Stipulation reflecting the parties' agreement, subject to the Court's approval, that the May 27, 2026 joint letter to Judge Cave, Dkt. 65, have a combined limit of 3 pages single-spaced including all parties' submissions. Given that the letter is a joint submission, the parties believe 3 pages would improve the efficiency and effectiveness of the presentation of issues for the June 1 conference.

Dated: May 26, 2026                                       Respectfully submitted,


**LATHAM & WATKINS LLP**                  **SUSMAN GODFREY LLP**

 <u>/s/ Joseph R. Wetzel            </u>          <u>/s/  Ian B. Crosby            </u>
Joseph R. Wetzel                               Ian B. Crosby (*pro hac vice*)
Andrew Gass (admitted *pro hac vice*)          401 Union Street, Suite 3000
Brett M. Sandford (admitted *pro hac vice*)    Seattle, WA 98101
505 Montgomery Street, Suite 2000              icrosby@susmangodfrey.com
San Francisco, CA 94111-6538                   T: (206) 516-3880
Tel: 415.391.0600                              F: (206) 516-3883
joe.wetzel@lw.com
andrew.gass@lw.com                             Davida Brook (*pro hac vice*)
brett.sandford@lw.com                          1900 Avenue of the Stars, Suite 1400
                                               Los Angeles, CA 90067
Sarang V. Damle                                dbrook@susmangodfrey.com

1

2

Julia R. Miller
1271 Avenue of the Americas
New York, NY 10020
Tel: 212.906.1200
sy.damle@lw.com
julia.miller@lw.com

*Attorneys for Defendant
Perplexity AI, Inc.*

T: (310) 789-3100
F: (310) 789-3150

Y. Gloria Park
Sarah Hannigan
One Manhattan West, 50th Street
New York, NY 10001
gpark@susmangodfrey.com
shannigan@susmangodfrey.com
T: (212) 336-8330
F: (212) 336-8340

*Attorneys for Plaintiffs Encyclopaedia
Britannica, Inc. and Merriam-Webster,
Inc*

---

**SO ORDERED**