UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ENCYCLOPAEDIA BRITANNICA, INC., et al.,

                    Plaintiffs,

        -v-

PERPLEXITY AI, INC.,

                    Defendant.

CIVIL ACTION NO. 25 Civ. 7546 (JLR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court held an in-person conference on June 1, 2026 (the "Conference") to discuss the motion of Plaintiffs Encyclopaedia Britannica, Inc. and Merriam-Webster, Inc. (together, "Plaintiffs") to compel Defendant Perplexity AI, Inc. ("Defendant") to produce documents and source code (Dkt. No. 49 (the "MTC")), and the parties' other discovery disputes.  (Dkt. No. 65). Following the Conference, the Court **ORDERS** the following:

1. By **June 3, 2026**, the parties shall order a copy of the Conference transcript (the "Transcript") by using the annexed form.

2. During the Conference, the Court resolved Plaintiffs' MTC with respect to RFP Nos. 2, 17, 19, and 20, and the Court refers the parties to the Transcript for further guidance.

3. By **June 15, 2026**, Plaintiffs shall provide an updated response to Defendant's Interrogatory No. 6, which demands identification of "all Persons who contributed in any way to the research, ideation, drafting, editing or revising, copy-editing, or authorship of [each] Asserted Work or any drafts thereof[.]"  (Dkt. No. 70 at 2).

4. By **June 23, 2026 at 5:00 p.m. ET**, the parties shall file a joint letter setting forth the status of discovery and identifying any issues ripe for the Court's attention.

5. A telephone conference to discuss the status of discovery is scheduled for **June 26, 2026 at 3:00 p.m. ET** on the Court's conference line.  The parties are directed to call (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

The Clerk of Court is respectfully directed to close Dkt. No. 49.

Dated:        New York, New York
              June 1, 2026

SO ORDERED.

SARAH L. CAVE
**United States Magistrate Judge**

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Request for the production of a transcript from an electronic recording**

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, <u>NOT the Southern District Court Reporters.</u> The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.
**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request).
Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: _____

| Case Caption | |
|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |

## INDICATE SERVICE:
(prices listed are per page)

| Daily $7.30 | ◯ | 3 Day $6.55 | ◯ | 7 Day $5.85 | ◯ | 14 Day $5.10 | ◯ | 30 Day $4.40 | ◯ |
|---|---|---|---|---|---|---|---|---|---|

| Your Name | |
|---|---|
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

| RESET | PRINT | SAVE | EMAIL |
|---|---|---|---|