UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENCYCLOPAEDIA BRITANNICA, INC., et al.,<br><br>       Plaintiffs,<br><br> -v-<br><br><br>PERPLEXITY AI, INC.,<br><br>       Defendant. | CIVIL ACTION NO. 25 Civ. 7546 (JLR) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held on June 26, 2026 (the "Conference") to discuss the status of discovery, (see Dkt. Nos. 72; 77), the Court **ORDERS** the following:

1.  By **June 30, 2026**, the parties shall order a copy of the Conference transcript by using the annexed form.

2.  With respect to Data Review, (see Dkt. No. 77), Defendant expects to produce the Dow Jones Snapshot RAG data on or about **July 7, 2026** and make available for review the Dow Jones user log data on or about **July 7, 2026**.  Defendant also expects to produce the New Snapshot RAG data to Plaintiffs.  The parties shall meet and confer regarding hosting options and cost shifting for the New Snapshot user log data.

3.  With respect to ESI, the parties shall meet and confer to finalize their search terms and custodians, as well as a substantial completion deadline.

4.  The parties shall further meet and confer regarding depositions pursuant to Federal Rule of Civil Procedure 30(b)(6) concerning ESI and document preservation.

5. With respect to Source Code, (see Dkt. No. 77), the parties shall meet and confer regarding Plaintiffs' possible additional requests.

6. The deadline of July 1, 2026 for the parties to serve requests to admit and interrogatories, (Dkt. No. 39 at 2), is **EXTENDED** to **August 18, 2026**.

7. By **July 20, 2026 at 5:00 p.m. ET**, the parties shall file a joint letter setting forth the status of discovery and identifying any issues ripe for the Court's attention with each party's position limited to 1,050 words, for a combined total of 2,100 words.

8. A telephone conference to discuss the status of discovery and any discovery issues is scheduled for **July 23, 2026 at 3:30 p.m. ET** on the Court's conference line. The parties are directed to call (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

Dated:        New York, New York
              June 26, 2026

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

2

SOUTHERN DISTRICT OF NEW YORK

## Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters. The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.
**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: _____

| Case Caption | |
|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |

## INDICATE SERVICE:

(prices listed are per page)

| Daily $7.30 ◯ | 3 Day $6.55 ◯ | 7 Day $5.85 ◯ | 14 Day $5.10 ◯ | 30 Day $4.40 ◯ |
|---|---|---|---|---|

| Your Name | |
|---|---|
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

| RESET | PRINT | SAVE | EMAIL |
|---|---|---|---|