UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ENCYCLOPAEDIA BRITANNICA, INC., et al.,

                    Plaintiffs,

    -v-

PERPLEXITY AI, INC.,

                    Defendant.

CIVIL ACTION NO. 25 Civ. 7546 (JLR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held on July 23, 2026 (the "Conference") to discuss the status of discovery, (see Dkt. Nos. 78; 85–87), the Court **ORDERS** the following:

1. By **July 27, 2026**, the parties shall order a copy of the Conference transcript (the "Transcript") by using the annexed form.

2. As discussed at the Conference, with respect to the "August 2025-May 2026 RAG Snapshots and [] User Activity Log Data" (Dkt. No. 85 at 1), the parties shall each file letter briefs, limited to 1,050 words, setting forth their position on the relevance of that information, in accordance with the following schedule:

    a. By **July 29, 2026**, Plaintiffs shall file their letter brief.

    b. By **August 3, 2026**, Defendant shall file its letter brief.  To the extent Defendant refers in its letter brief to any unredacted filings in the Dow Jones action, Defendant's counsel shall provide a copy of those unredacted filing(s) to:  (i) Plaintiffs' counsel via email, or another method as agreed by the parties; and

(ii) to the Court via a file share link that the Court will provide to Defendant's counsel via email.

    c. By **August 7, 2026**, Plaintiff shall file a reply also limited to 1,050 words.

3. With respect to the "ESI/Data 30(b)(6) Deposition and Undisclosed Data Repositories" (Dkt. No. 85 at 2), the Court **DENIES** Plaintiffs' request without prejudice and refers the parties to the Transcript for the full discussion on this issue.

4. With respect to the "Responsiveness-Review Scope" of RFPs 4–6, 39, 44, and 50, (Dkt. No. 85 at 2), the Court notes that if a document is from one of the parties' agreed custodians, hits on one of the parties' agreed search terms, is responsive to one of the parties' RFPs, and not otherwise subject to a valid privilege, it must be produced. Neither party is permitted to impose additional arbitrary layers of screening during their review process that the parties have not agreed to.

5. With respect to the "Employees with Britannica-Specific Knowledge" (Dkt. No. 85 at 2), the Court encourages Defendant to consider whether it should supplement its response to Plaintiff's Interrogatory No. 2. If Defendant decides not to supplement its response, it shall inform Plaintiff's counsel by **August 6, 2026** that it will not be supplementing its response.

6. With respect to "Plaintiffs' Custodians" (Dkt. No. 85 at 2–3), the parties shall continue to meet and confer pursuant to the Court's guidance provided at the Conference. The Court refers the parties to the Transcript for the full discussion on this issue.

7. By **August 20, 2026 at 5:00 p.m. ET**, the parties shall file a joint letter setting forth the status of discovery and identifying any issues ripe for the Court's attention with each party's position limited to 1,050 words, for a combined total of 2,100 words.

8. Another telephone conference to discuss the status of discovery and any discovery issues is scheduled for **August 26, 2026 at 10:00 a.m. ET** on the Court's conference line. The parties are directed to call (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

Dated:      New York, New York
            July 24, 2026

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge

3

SOUTHERN DISTRICT OF NEW YORK

## Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters. The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.

**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: _____

| Case Caption | |
|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |

## INDICATE SERVICE:
(prices listed are per page)

| Daily $7.30 | 3 Day $6.55 | 7 Day $5.85 | 14 Day $5.10 | 30 Day $4.40 |
|---|---|---|---|---|

| Your Name | |
|---|---|
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

| RESET | PRINT | SAVE | EMAIL |
|---|---|---|---|