SUSMAN GODFREY L.L.P.
A REGISTERED LIMITED LIABILITY PARTNERSHIP
1900 AVENUE OF THE STARS
SUITE 1400
LOS ANGELES, CALIFORNIA 90067
(310) 789-3100
FAX (310) 789-3150
WWW.SUSMANGODFREY.COM

SUITE 5100
1000 LOUISIANA STREET
HOUSTON, TX 77002-5096
(713) 651-9366

SUITE 3000
401 UNION STREET
SEATTLE, WASHINGTON 98101-2683
(206) 516-3880

ONE MANHATTAN WEST
NEW YORK, NEW YORK 10001-8602
(212) 336-8330

DAVIDA BROOK
DIRECT DIAL (310) 789-3105

E-MAIL DBROOK@SUSMANGODFREY.COM

July 29, 2026

Hon. Jennifer L. Rochon
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re: *Encyclopaedia Britannica, Inc. et al. v. Perplexity AI, Inc.*, No. 1:25-cv-07546-JLR-SLC: Response to Perplexity's Notice of Supplemental Authority, Dkt. 89

Dear Judge Rochon:

Plaintiffs respond to Defendant Perplexity AI, Inc.'s Notice of Supplemental Authority. Dkt. 89. *Epidemic Sound, AB v. Meta Platforms, Inc.*, 2026 WL 2001154 (N.D. Cal. July 10, 2026), is inapplicable to Perplexity's pending Motion to Dismiss Count II of the Complaint for two reasons.

First, in *Epidemic Sound*, plaintiff failed to "identify or allege any facts about any infringing work in either Meta's Audio Library or its Original Audio and Reels Remix features." 2026 WL 2001154, at *2. By contrast, Plaintiffs' allegations here include specific examples of outputs from Perplexity's answer engine that copy Asserted Works. *See* Dkt. 43 at ¶¶ 75–78. Second, Epidemic Sound also *separately* failed to "allege any facts regarding how Meta obtained Epidemic's Works or, more broadly, how a wholesale reproduction could have been made." *Epidemic Sound*, 2026 WL 2001154, at *3. By contrast, Plaintiffs' complaint here alleges in detail how Perplexity copies Plaintiffs' works by crawling and scraping Plaintiffs' sites and then uses those copied works in Perplexity's retrieval-augmented generation system to produce infringing outputs. *See, e.g.*, Dkt. 43 at ¶¶ 49–57.

Respectfully submitted,

*/s/ Davida Brook*
Davida Brook
*Counsel for Plaintiffs*

CC: Counsel of Record via ECF