**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ENCYCLOPAEDIA BRITANNICA, INC., and
MERRIAM-WEBSTER, INC.,

Plaintiffs,

v.

PERPLEXITY AI, INC.,

Defendant.

Case No. 1:25-cv-07546-JLR-SLC

## NOTICE OF INTENT TO REQUEST REDACTION

Pursuant to the Notice of Filing of Official Transcript (ECF 91), Defendant Perplexity AI, Inc. ("Perplexity") hereby provides this Notice of Intent to Request Redaction of the Transcript of Proceedings held on June 23, 2026, before the Honorable Sarah L. Cave, United States Magistrate Judge. In particular, Perplexity intends to request redaction of certain information designated by Perplexity as "Confidential," "Highly Confidential," and "Highly Confidential Information – Inspection Data" pursuant to the Protective Order (ECF 55) and "Highly Confidential – Source Code" pursuant to the Source Code Protocol (ECF 63). Pursuant to ECF 91, Defendant will submit its redaction request to the Court on or before August 18, 2026.

Dated:  August 4, 2026

Respectfully submitted,

**LATHAM & WATKINS LLP**

/s/ *Joseph R. Wetzel*
Joseph R. Wetzel
Andrew Gass (admitted *pro hac vice*)
Brett M. Sandford (admitted *pro hac vice*)
505 Montgomery Street
Suite 2000
San Francisco, CA 94111-6538
Tel: 415.391.0600
joe.wetzel@lw.com
andrew.gass@lw.com
brett.sandford@lw.com

Sarang V. Damle
Cory D. Struble
Julia R. Miller
1271 Avenue of the Americas
New York, NY 10020
Tel: 212.906.1200
sy.damle@lw.com
cory.struble.@lw.com
julia.miller@lw.com

Sara E. Sampoli (admitted *pro hac vice*)
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 2004
Tel: 202.637.2200
sara.sampoli@lw.com

*Attorneys for Defendant Perplexity AI, Inc.*