SUSMAN GODFREY L.L.P.
A REGISTERED LIMITED LIABILITY PARTNERSHIP
1900 AVENUE OF THE STARS
SUITE 1400
LOS ANGELES, CALIFORNIA 90067
(310) 789-3100
FAX (310) 789-3150
WWW.SUSMANGODFREY.COM

SUITE 5100
1000 LOUISIANA STREET
HOUSTON, TX 77002-5096
(713) 651-9366

SUITE 3000
401 UNION STREET
SEATTLE, WASHINGTON 98101-2683
(206) 516-3880

ONE MANHATTAN WEST
NEW YORK, NEW YORK 10001-8602
(212) 336-8330

DAVIDA BROOK
DIRECT DIAL (310) 789-3105

E-MAIL DBROOK@SUSMANGODFREY.COM

**MEMO ENDORSED**

August 7, 2026

Hon. Sarah L. Cave
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re: *Encyclopaedia Britannica, Inc. et al. v. Perplexity AI, Inc.*, No. 1:25-cv-07546-JLR-SLC: Letter Motion to Seal Portions of Reply Letter Brief Referencing Materials Designated as Highly Confidential

Dear Judge Cave:

Pursuant to Rule I.F of the Court's Individual Practices in Civil Cases, Plaintiffs request the Court's permission to file under seal certain lines in Plaintiffs' Reply Letter Brief and the of the attached Declaration of Lillian Dai, Ph.D.

The text that Plaintiffs seek leave to file under seal refers to materials designated as Highly Confidential pursuant to the Confidentiality and Protective Order (Dkt. 55), which defines "Highly Confidential Information" as "any Confidential Information which a Party (or nonparty as applicable) reasonably believes to be so sensitive that it is entitled to extraordinary protections." Dkt. 55 at ¶¶ 2, 3(c); *see also, e.g., Spectrum Dynamics Medical Limited v. GE Healthcare Technologies, Inc.*, 2026 WL 931622, at *2 (S.D.N.Y., Apr. 6, 2026) ("[D]ocuments containing proprietary information and sensitive business information are routinely sealed in this district."). The redacted text in Reply Letter Brief refers to information designated Highly Confidential.

Plaintiffs respectfully request that the Court grant permission to seal the redacted lines in Plaintiffs' Reply Letter Brief and the attached Declaration that

reference materials designated Highly Confidential pursuant to the Confidentiality and Protective Order.

Sincerely,

*/s/ Davida Brook*

Davida Brook
*Counsel for Plaintiffs*

The Court is in receipt of the letter at Dkt. No. 101 filed by Plaintiffs requesting to file their reply to their letter brief regarding RAG and User Activity Log Data Snapshots (Dkt. No. 101-1 (the "Reply")) and declaration of Lilliam Dai, Ph.D. (Dkt. No. 101-2 (the "Declaration")) under seal and in redacted form to protect "materials designated as Highly Confidential pursuant to the Confidentiality and Protective Order (Dkt. No. 55)" (the "Confidential Information"). (Dkt. No. 101 at 1 (the "Sealing Request")). Given that the Confidential Information is designated as "Highly Confidential" pursuant to the Confidentiality and Protective Order (Dkt. No. 55), and "documents containing proprietary information and sensitive business information are routinely sealed in this [D]istrict[,]" Spectrum Dynamics Med. Ltd. v. GE Healthcare Techs., Inc., No. 18 Civ. 11386 (VSB) (KHP), 2026 WL 931622, at *2 (S.D.N.Y. Apr. 6, 2026), the Sealing Request is **GRANTED**.

The sealed versions of the Reply and Declaration at Dkt. No. 102 shall remain under seal. Plaintiffs have already filed publicly available versions of the Reply and Declaration with the Confidential Information redacted, (Dkt. Nos. 101-1; 101-2), and have already emailed courtesy copies of the unredacted versions of the Reply and Declaration to Chambers.

The Clerk of Court is respectfully directed to close Dkt. No. 101.

SO ORDERED. August 10, 2026

SARAH L. CAVE
United States Magistrate Judge