UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ENCYCLOPAEDIA BRITANNICA, INC., et al.,

Plaintiffs,

-v-

PERPLEXITY AI, INC.,

Defendant.

CIVIL ACTION NO. 25 Civ. 7546 (JLR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court held a telephone conference on August 26, 2026 (the "Conference") to discuss the status of discovery and the parties' discovery disputes, (see Dkt. No. 88 at 3; 92; 96; 101; 108 (the "JSL")), at which counsel for Plaintiffs Encyclopaedia Britannica, Inc. and Merriam-Webster, Inc. (together, "Plaintiffs") and counsel for Defendant Perplexity AI, Inc. ("Perplexity") appeared. Following the Conference, the Court **ORDERS** the following:

1. By **August 28, 2026**, the parties shall order a copy of the Conference transcript (the "Transcript") by using the annexed form.

2. With respect to the second item in the parties' JSL, (see Dkt. No. 108 at 1, 5),[1] Plaintiffs shall identify and provide to Perplexity examples from Perplexity's source code indicating Perplexity's process for evaluating Plaintiffs' works along with an explanation of the additional information about that process Plaintiffs are seeking from Perplexity. The parties shall meet and confer on this issue.

[1] The parties have designated these portions of the JSL confidential, so the Court refrains from using terms the parties deem particularly sensitive. (Dkt. No. 110).

3. With respect to "Clickthrough Data[,]" (see Dkt. No. 108 at 1, 5), by **September 3, 2026**, Plaintiffs will produce this data and Perplexity will produce the documents it agreed to produce in response to Plaintiffs' Request for Production No. 53.

4. With respect to "Discord[,]" (see Dkt. No. 108 at 1–2, 5), Perplexity confirmed at the Conference that it will search Discord for responsive communications from the agreed custodians.

5. With respect to "Historical/Versioned Source Code[,]" (see Dkt. No. 108 at 2, 5), Perplexity shall provide to Plaintiffs the letters and declarations on which the Honorable Katherine Polk Failla based her decision at Dkt. No. 129 in Dow Jones & Co. v. Perplexity AI, Inc., No. 24 Civ. 7984 (KPF) ("Dow Jones"). The parties shall continue to meet and confer on this issue.

6. With respect to the "Dow Jones Declarations and Briefing[,]" (see Dkt. No. 108 at 2, 5), Perplexity is not required to provide Plaintiffs with all Dow Jones filings, but shall provide to Plaintiffs the Dow Jones filings concerning the RAG and user activity log ("UAL") data. Plaintiffs may continue to identify and request from Perplexity specific Dow Jones filings. The parties are referred to the Transcript for the full discussion on this issue.

7. With respect to "Slack Preservation[,]" (see Dkt. No. 108 at 2, 5), Perplexity confirmed at the Conference that it does not possess backups or archives of deleted Slack messages. Plaintiffs may inquire about specific Slack messages as needed.

8. With respect to "Data Questions and ESI Transparency[,]" (see Dkt. No. 108 at 2, 5), Plaintiffs shall provide Perplexity with revised list of questions as discussed at the Conference. The parties shall continue to meet and confer on this issue.

9. With respect to "Perplexity's Custodial Requests[,]" (see Dkt. No. 108 at 2–5),

   a. For Plaintiffs' business custodian, Plaintiffs shall add Jorge Cauz as a custodian. Plaintiffs are not required to search for documents from Justin DeMaris.

   b. For Plaintiffs' editorial custodian, by **September 4, 2026**, Plaintiffs shall investigate and identify which current employee was most involved in the creation of the Asserted Works whose ESI they propose to search.

   c. For Plaintiffs' Merriam-Webster custodian, Plaintiffs shall identify, from the contributors to the 2006 version of the Merriam-Webster dictionary, for which contributor ESI from 2006 is available (the "Merriam-Webster Custodian").

10. With respect to the date ranges for ESI searches, (see Dkt. No. 108 at 2–5),

   a. For Plaintiffs' three business custodians, the date range shall be June 1, 2021 through December 31, 2025.

   b. For Plaintiffs' editorial custodians other than the Merriam-Webster Custodian, the date range shall be January 1, 2022 through December 31, 2025.

   c. For Plaintiff's Merriam-Webster Custodian, the date range shall be January 1, 2006 through December 31, 2006, or such shorter period in 2006 as the parties may agree.

   d. For all other custodians, the date range shall be January 1, 2022 through December 31, 2025.

11. At the Conference, the parties further discussed their dispute concerning the RAG and UAL data. (See Dkt. Nos. 92; 96; 101). The Court will issue a separate decision on this issue in due course.

12. Another telephone conference to discuss the status of discovery and any discovery issues ripe for the Court's attention is scheduled for **September 8, 2026 at 4:30 p.m. ET** on the Court's conference line. The parties are directed to call (855) 244-8681; access code: 2308 226 4654, at the scheduled time. The parties are not required to file a joint letter in advance of that conference.

Dated: New York, New York
August 26, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters. The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.

**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: ____________________

| Case Caption | |
|---|---|

| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |
|---|---|---|
| | | |

## INDICATE SERVICE:

(prices listed are per page)

| Daily $7.30 | 3 Day $6.55 | 7 Day $5.85 | 14 Day $5.10 | 30 Day $4.40 |
|---|---|---|---|---|
| ○ | ○ | ○ | ○ | ○ |

| | |
|---|---|
| Your Name | |
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

RESET PRINT SAVE EMAIL