UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ENCYCLOPAEDIA BRITANNICA, INC., et al.,

Plaintiffs,

-v-

PERPLEXITY AI, INC.,

Defendant.

CIVIL ACTION NO. 25 Civ. 7546 (JLR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court held a telephone conference on September 8, 2026 (the "Conference") to discuss the status of discovery and the parties' discovery disputes, (see Dkt. Nos. 108 (the "JSL"); 111), at which counsel for Plaintiffs Encyclopaedia Britannica, Inc. and Merriam-Webster, Inc. (together, "Plaintiffs") and counsel for Defendant Perplexity AI, Inc. ("Perplexity") appeared. Following the Conference, the Court **ORDERS** the following:

1. By **September 10, 2026**, the parties shall order a copy of the Conference transcript (the "Transcript") by using the annexed form.
2. With respect to the second item in the parties' JSL, (see Dkt. No. 108 at 1, 5),[1] the parties confirmed at the Conference that Plaintiffs requested certain information from Perplexity concerning Perplexity's process for evaluating Plaintiffs' works. By **September 11, 2026**, Perplexity shall respond to Plaintiffs' request.

[1] The parties have designated these portions of the JSL confidential, so the Court refrains from using terms the parties deem particularly sensitive. (Dkt. No. 110).

3. With respect to "Historical/Versioned Source Code[,]" (see Dkt. No. 108 at 2, 5), Plaintiffs stated at the Conference that they offered to narrow their request for the native format source code to twelve of Perplexity's repositories. By **September 11, 2026**, Perplexity shall respond to Plaintiffs' offer.

4. With respect to "Data Questions and ESI Transparency[,]" (see Dkt. No. 108 at 2, 5), Plaintiffs stated at the Conference that they provided Perplexity with a revised list of ten questions. Perplexity shall respond to as many of the ten questions as possible by **September 11, 2026**, and the remainder by **September 18, 2026**.

5. With respect to "Perplexity's Custodial Requests[,]" (see Dkt. No. 108 at 2–5), Plaintiffs stated at the Conference that on **September 11, 2026**, they will begin rolling productions for their business custodian, Jorge Cauz (see Dkt. No. 111 ¶ 9.a), and editorial custodian, Mindy Johnson.

6. As discussed at the Conference, by **September 15, 2026**, the parties shall meet and confer and file a joint revised case management plan.

7. With respect to "Discord[,]" (see Dkt. No. 108 at 1–2, 5), Perplexity confirmed at the Conference that it intends to produce responsive communications from Discord by the parties' agreed on deadline of **September 18, 2026**.

8. As discussed at the Conference, by **September 18, 2026**, Plaintiffs shall supplement their responses to Perplexity's Interrogatory Nos. 1 and 3. The Court refers the parties to the Transcript for the full discussion on this issue.

9. By **September 25, 2026 at 5:00 p.m. ET**, the parties shall file a joint letter setting forth the status of discovery and identifying any issues ripe for the Court's attention with each party's position limited to 1,050 words, for a combined total of 2,100 words.

10. Another telephone conference to discuss the status of discovery and any discovery issues ripe for the Court's attention is scheduled for **September 29, 2026 at 3:00 p.m. ET** on the Court's conference line. The parties are directed to call (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

Dated: New York, New York
September 9, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters. The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.

**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: ___________________

| | | |
|---|---|---|
| Case Caption | | |
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |
| | | |

## INDICATE SERVICE:

(prices listed are per page)

| | | | | |
|---|---|---|---|---|
| Daily $7.30 ○ | 3 Day $6.55 ○ | 7 Day $5.85 ○ | 14 Day $5.10 ○ | 30 Day $4.40 ○ |

| | |
|---|---|
| Your Name | |
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

RESET PRINT SAVE EMAIL