**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ENCYCLOPAEDIA BRITANNICA, INC., and MERRIAM-WEBSTER, INC.,

Plaintiffs,

v.

PERPLEXITY AI, INC.,

Defendant.

The Court is in receipt of Perplexity's notice of intent to request redactions of the September 8, 2026 conference transcript. (Dkt. No. 122). By **October 2, 2026**, Perplexity shall file its redaction request.

SO ORDERED. September 22, 2026

Sarah L Cave
SARAH L. CAVE
United States Magistrate Judge

Case No. 1:25-cv-07546-JLR-SLC

**NOTICE OF INTENT TO REQUEST REDACTION**

Pursuant to the Notice of Filing of Official Transcript (ECF 121), Defendant Perplexity AI, Inc. ("Perplexity") hereby provides this Notice of Intent to Request Redaction of the Transcript of Proceedings held on September 8, 2026, before the Honorable Sarah L. Cave, United States Magistrate Judge. In particular, Perplexity intends to request redaction of certain information designated by Perplexity as "Confidential," "Highly Confidential," and "Highly Confidential Information – Inspection Data" pursuant to the Protective Order (ECF 55) and "Highly Confidential – Source Code" pursuant to the Source Code Protocol (ECF 63). Pursuant to ECF 120, Defendant will submit its redaction request to the Court before or on October 2, 2026.

Dated: September 21, 2026

Respectfully submitted,

**LATHAM & WATKINS LLP**

/s/ *Joseph R. Wetzel*
Joseph R. Wetzel
Andrew Gass (admitted *pro hac vice*)
Brett M. Sandford (admitted *pro hac vice*)
505 Montgomery Street
Suite 2000
San Francisco, CA 94111-6538
Tel: 415.391.0600
joe.wetzel@lw.com
andrew.gass@lw.com
brett.sandford@lw.com

Sarang V. Damle
Cory D. Struble
Julia R. Miller
1271 Avenue of the Americas
New York, NY 10020
Tel: 212.906.1200
sy.damle@lw.com
cory.struble.@lw.com
julia.miller@lw.com

Sara E. Sampoli (admitted *pro hac vice*)
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 2004
Tel: 202.637.2200
sara.sampoli@lw.com

*Attorneys for Defendant Perplexity AI, Inc.*