SUSMAN GODFREY L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP
1900 AVENUE OF THE STARS
SUITE 1400
LOS ANGELES, CALIFORNIA 90067
(310) 789-3100
FAX (310) 789-3150
WWW.SUSMANGODFREY.COM

SUITE 5100
1000 LOUISIANA STREET
HOUSTON, TX 77002-5096
(713) 651-9366

SUITE 3000
401 UNION STREET
SEATTLE, WASHINGTON 98101-2683
(206) 516-3880

ONE MANHATTAN WEST
NEW YORK, NEW YORK 10001-8602
(212) 336-8330

DAVIDA BROOK
DIRECT DIAL (310) 789-3105

E-MAIL DBROOK@SUSMANGODFREY.COM

MEMO ENDORSED

September 25, 2026

Hon. Sarah L. Cave
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re: *Encyclopaedia Britannica, Inc. et al. v. Perplexity AI, Inc.*, No. 1:25-cv-07546-JLR-SLC: Letter Motion to Seal Portions of Joint Letter Referencing Materials The Parties Designated as Highly Confidential and Highly Confidential – Source Code

Dear Judge Cave:

Pursuant to Rule I.F of the Court's Individual Practices in Civil Cases, Plaintiffs request the Court's permission to file under seal certain lines in the Parties' Joint Letter and the supporting exhibits filed in advance of the September 29, 2026 discovery conference.

The text and documents that Plaintiffs seek leave to file under seal are to materials that Perplexity designated as Highly Confidential and/or Highly Confidential – Source Code, pursuant to the Source Code Protocol (Dkt. 63) and the Confidentiality and Protective Order (Dkt. 55), which defines "Highly Confidential Information" as "any Confidential Information which a Party (or nonparty as applicable) reasonably believes to be so sensitive that it is entitled to extraordinary protections." Dkt. 55 at ¶¶ 2, 3(c); *see also, e.g., Spectrum Dynamics Medical Limited v. GE Healthcare Technologies, Inc.*, 2026 WL 931622, at *2 (S.D.N.Y., Apr. 6, 2026) ("[D]ocuments containing proprietary information and sensitive business information are routinely sealed in this district.").

Plaintiffs respectfully request that the Court grant permission to seal the redacted lines in the Parties' Joint Letter and supporting exhibits that reference materials that Perplexity has designated as Highly Confidential and/or Highly Confidential – Source Code pursuant to the Source Code Protocol and Confidentiality and Protective Order.

Sincerely,

*/s/ Davida Brook*

Davida Brook
*Counsel for Plaintiffs*

The Court is in receipt of the letter at Dkt. No. 127 filed by Plaintiffs requesting to file under seal and in redacted form the parties' joint letter (Dkt. No. 128 (the Joint Letter)) and to file under seal the supporting exhibits (Dkt. Nos. 129-1; 129-2; 129-3; 129-4; 129-5; 129-6 (the "Exhibits")) to protect "materials that Perplexity designated as Highly Confidential and/or Highly Confidential - Source Code" pursuant to the Source Code Protocol (Dkt. No. 63) and the Confidentiality and Protective Order (Dkt. No. 55) (the "Confidential Information"). (Dkt. No. 127 (the "Sealing Request")).

Given that the Confidential Information is designated as "Highly Confidential" and/or "Highly Confidential - Source Code" pursuant to the Source Code Protocol (Dkt. No. 63) and Confidentiality and Protective Order (Dkt. No. 55), and "documents containing proprietary information and sensitive business information are routinely sealed in this [D]istrict[,]" Spectrum Dynamics Med. Ltd. v. GE Healthcare Techs., Inc., No. 18 Civ. 11386 (VSB) (KHP), 2026 WL 931622, at *2 (S.D.N.Y. Apr. 6, 2026), the Sealing Request is **GRANTED**.

The sealed versions of the Joint Letter (Dkt. No. 129) and the Exhibits (Dkt. Nos. 129-1; 129-2; 129-3; 129-4; 129-5; 129-6) shall remain under seal. Plaintiffs have already filed publicly-viewable versions of the Joint Letter (Dkt. No. 128) with the Confidential Information redacted. By **September 28, 2026 at 5:00 p.m. ET**, Plaintiffs' counsel shall email courtesy copies of the unredacted versions of the Joint Letter and the unsealed versions of the Exhibits to Chambers at cave_nysdchambers@nysd.uscourts.gov.

The Clerk of Court is respectfully directed to close Dkt. No. 127.

SO ORDERED. September 25, 2026

**SARAH L. CAVE**
**United States Magistrate Judge**