UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ENCYCLOPAEDIA BRITANNICA, INC., et al.,

Plaintiffs,

-v-

PERPLEXITY AI, INC.,

Defendant.

CIVIL ACTION NO. 25 Civ. 7546 (JLR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court held a telephone conference on September 29, 2026 (the "Conference") to discuss the status of discovery and the parties' discovery disputes, (see Dkt. Nos. 128 (the "JSL")), at which counsel for Plaintiffs Encyclopaedia Britannica, Inc. and Merriam-Webster, Inc. (together, "Plaintiffs") and counsel for Defendant Perplexity AI, Inc. ("Perplexity") appeared. Following the Conference, the Court **ORDERS** the following:

1. By **October 2, 2026**, the parties shall order a copy of the Conference transcript (the "Transcript") by using the annexed form.

2. With respect to the first item in the parties' JSL, (see Dkt. No. 128 at 1, 4),[1] by **October 16, 2026**, Perplexity shall provide to Plaintiffs the three categories of evaluation materials discussed during the Conference, about which the parties shall continue to meet and confer.

[1] The parties have designated these portions of the JSL confidential, so the Court refrains from using terms the parties deem particularly sensitive. (Dkt. No. 130).

3. With respect to "Historical/Versioned Source Code" (see Dkt. No. 128 at 1, 4), by **October 9, 2026**, Perplexity shall produce the agreed versions, including information sufficient to reflect the date range of each version, as discussed during the Conference.[2]

4. With respect to Plaintiffs' Interrogatory 1 (see Dkt. No. 128 at 2, 4), Perplexity stated during the Conference that it will supplement its response by **October 7, 2026**.

5. With respect to "Perplexity's Phone Collections" (see Dkt. No. 128 at 2, 4), by **October 6, 2026**, Perplexity shall file declarations from Johnny Ho and Ryan Foutty attesting that "their phones were not used for any purpose potentially relevant to this case during the time period sought by Plaintiffs." (Dkt. No. 128 at 4).

6. With respect to the "New RAG Snapshot" (see Dkt. No. 128 at 2, 5), Perplexity confirmed that they "anticipate commencing the snapshot" as soon as it becomes available. (Dkt. No. 128 at 5).

7. With respect to the "Dow Jones Materials" (see Dkt. No. 128 at 3, 5), Perplexity stated at the Conference that it will provide the unredacted briefing on the latest motion to compel in Dow Jones by **October 5, 2026**. Plaintiffs may make an application in Dow Jones for the copies of the sealed transcripts and order discussed at the Conference.

8. With respect to "Discord" (see Dkt. No. 128 at 2–3, 5), Perplexity stated that they are working with a vendor to create a metadata overlay that will clarify the messaging platform from which its produced communications derive.

[2] (See n.1, supra).

9. With respect to Perplexity's Interrogatory 3, (see Dkt. No. 128 at 3, 5), Perplexity asserts that Plaintiffs' supplemental response remains deficient. The parties shall cite the legal authority in their next joint letter (see ¶ 10, infra), in support of their respective positions on this issue. The Court refers the parties to the Transcript for the full discussion on the issue.

10. By **October 19, 2026 at 5:00 p.m. ET**, the parties shall file a joint letter setting forth the status of discovery and identifying any issues ripe for the Court's attention with each party's position limited to 1,050 words, for a combined total of 2,100 words.

11. Another telephone conference to discuss the status of discovery and any discovery issues ripe for the Court's attention is scheduled for **October 22, 2026 at 12:00 p.m. ET** on the Court's conference line. The parties are directed to call (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

Dated: New York, New York
September 29, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters. The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.

**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: ___________________

| Case Caption | | |
|---|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |
| | | |

**INDICATE SERVICE:**
(prices listed are per page)

| Daily $7.30 ○ | 3 Day $6.55 ○ | 7 Day $5.85 ○ | 14 Day $5.10 ○ | 30 Day $4.40 ○ |
|---|---|---|---|---|

| | |
|---|---|
| Your Name | |
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

RESET PRINT SAVE EMAIL