UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ENCYCLOPAEDIA BRITANNICA, INC., et al.,

Plaintiffs,

-v-

PERPLEXITY AI, INC.,

Defendant.

CIVIL ACTION NO. 25 Civ. 7546 (JLR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court held a telephone conference on October 22, 2026 (the "Conference") to discuss the status of discovery and the parties' discovery disputes (see Dkt. Nos. 131; 142), at which counsel for Plaintiffs Encyclopaedia Britannica, Inc. and Merriam-Webster, Inc. (together, "Plaintiffs") and counsel for Defendant Perplexity AI, Inc. ("Perplexity") appeared. Following the Conference, the Court **ORDERS** the following:

1. By **October 23, 2026**, the parties shall order an expedited copy of the Conference transcript (the "Transcript") by using the annexed form and selecting "Daily" service.
2. With respect to Plaintiffs' request that Perplexity supplement its responses to Plaintiffs' Interrogatories 7–12 and 16 (see Dkt. No. 142 at 1, 5–6), the parties agreed during the Conference that this issue is moot.
3. With respect to Plaintiffs' request that Perplexity produce metadata for each document that it includes on its privilege log (see Dkt. No. 142 at 1, 5), given that Perplexity has already begun preparing a categorical privilege log, which is "presumptively proper" under Local Civil Rule 26.2(c)(1), Plaintiffs' request is **DENIED**.

The parties each may, in the first instance, exchange categorical privilege logs by **November 6, 2026**. (Dkt. No. 119 at 2).

4. With respect to Perplexity's Interrogatory 3 to Plaintiffs (see Dkt. No. 142 at 1–5), the Court reserves decision. In Plaintiffs' first supplemental response to Perplexity's Interrogatory 3, they reference a document with bates number BRITANNICA_00583362. (Dkt. No. 142-3 at 6–7). By **October 26, 2026**, Plaintiffs shall file a letter attaching BRITANNICA_00583362. After receiving BRITANNICA_00583362 and the Transcript, the Court will issue a ruling in due course.

5. By **November 16, 2026 at 5:00 p.m. ET**, the parties shall file a joint letter setting forth the status of discovery and identifying any issues ripe for the Court's attention with each party's position limited to 1,050 words, for a combined total of 2,100 words.

6. Another telephone conference to discuss the status of discovery and any discovery issues ripe for the Court's attention is scheduled for **November 19, 2026 at 3:30 p.m. ET** on the Court's conference line. The parties are directed to call (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

Dated: New York, New York
October 22, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

## Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters. The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.
**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: ___________________

| Case Caption | |
|---|---|

| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |
|---|---|---|
| | | |

## INDICATE SERVICE:

(prices listed are per page)

| Daily $7.30 | 3 Day $6.55 | 7 Day $5.85 | 14 Day $5.10 | 30 Day $4.40 |
|---|---|---|---|---|
| ○ | ○ | ○ | ○ | ○ |

| | |
|---|---|
| Your Name | |
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

RESET PRINT SAVE EMAIL