**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ENCYCLOPÆDIA BRITANNICA, INC., and MERRIAM-WEBSTER, INC.,

Plaintiffs,

v.

PERPLEXITY AI, INC.,

Defendant.

Case No.: 1:25-cv-07546-JLR-SLC

**ORDER**

AND NOW, this 26th day of October, 2026, upon review and consideration of the Notice of Motion to Withdraw of Sarah Hannigan as Counsel for Plaintiffs Encyclopædia Britannica, Inc., and Merriam-Webster, Inc. ("Motion"), it is ORDERED and DECREED that the Motion is GRANTED and that the Clerk of the Court shall terminate the appearance of Sarah Hannigan so that she no longer receives CM/ECF notices.

BY THE COURT:

Jennifer Rochon

New York, New York