UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MEMO ENDORSED

| | |
|---|---|
| ENCYCLOPÆDIA BRITANNICA, INC., and MERRIAM-WEBSTER, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>PERPLEXITY AI, INC.,<br>Defendant. | Case No. 1:25-cv-07546-JLR-SLC<br><br>~~[PROPOSED]~~ **STIPULATION AND ORDER AMENDING SUBSTANTIAL COMPLETION AND PRIVILEGE LOG DEADLINES** |

This stipulation is entered into between Plaintiffs Encyclopaedia Britannica, Inc. and Merriam-Webster, Inc. ("Britannica") and Defendant Perplexity AI, Inc. ("Perplexity"), collectively referred to as the "Parties."

WHEREAS, the Parties filed a Proposed Joint Revised Civil Case Management Plan and Scheduling Order ("Order") setting Britannica's substantial completion deadline of the production of documents for Jorge Cauz as October 30, 2026, and the Parties' deadline to exchange privilege logs (for documents redacted or reviewed and withheld from production as of October 30, 2026) as November 6, 2026, Dkt. 118;

WHEREAS, the Court entered the Order with the above deadlines, Dkt. 119;

WHEREAS, Britannica asserts that it has been working diligently to collect, review, and produce its custodians' documents, including by reaching out to and collecting documents from a third party no longer employed at Encyclopaedia Britannica, Inc.;

WHEREAS, Britannica has informed Perplexity that it will produce a significant number of documents by October 30, 2026, but need an additional week, until November 6, 2026, to substantially complete production;

WHEREAS, Britannica has further informed Perplexity that it is amenable to extending the Parties' mutual deadline to exchange privilege logs (for documents redacted or reviewed and

withheld from production as of November 6, 2026) by a correspondence week, until November 13, 2026;

WHEREAS, Perplexity does not oppose Britannica's request to extend the two deadlines as referenced above;

NOW THEREFORE, the Parties stipulate that, upon the Court's approval of the stipulation:

1) Britannica's deadline to substantially complete production of documents for Jorge Cauz is hereby extended until November 6, 2026.

2) The Parties' deadline to exchange privilege logs (for documents redacted or reviewed and withheld from production as of November 6, 2026) is hereby extended until November 13, 2026.

3) All other deadlines in the Joint Revised Civil Case Management Plan and Scheduling Order remain the same.

Dated: October 28, 2026

SO ORDERED. October 29, 2026

Sarah L. Cave

SARAH L. CAVE
United States Magistrate Judge

*/s/ Ian B. Crosby*
Ian B. Crosby (*pro hac vice*)
SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101
T: (206) 516-3880
F: (206) 516-3883
icrosby@susmangodfrey.com

Davida Brook *(pro hac vice)*
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
dbrook@susmangodfrey.com
T: (310) 789-3100
F: (310) 789-3150

Y. Gloria Park
SUSMAN GODFREY, L.L.P

One Manhattan West, 50th Floor
New York, NY 10001
gpark@susmangodfrey.com
T: (212) 336-8330
F: (212) 336-8340

*Attorney for Plaintiffs*

/s/ *Joseph R. Wetzel*
Joseph R. Wetzel
Andrew Gass (admitted *pro hac vice*)
Brett M. Sandford (admitted *pro hac vice*)
LATHAM & WATKINS L.L.P.
505 Montgomery Street
Suite 2000
San Francisco, CA 94111-6538
Tel: 415.391.0600
joe.wetzel@lw.com
andrew.gass@lw.com
brett.sandford@lw.com

Sarang V. Damle
Cory D. Struble
Julia R. Miller
LATHAM & WATKINS L.L.P.
1271 Avenue of the Americas
New York, NY 10020
Tel: 212.906.1200
sy.damle@lw.com
cory.struble@lw.com
julia.miller@lw.com

Sara E. Sampoli (admitted *pro hac vice*)
LATHAM & WATKINS L.L.P.
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Tel: 202.637.2200
sara.sampoli@lw.com

*Attorneys for Defendant Perplexity AI, Inc.*