SUSMAN GODFREY L.L.P.
A REGISTERED LIMITED LIABILITY PARTNERSHIP
1900 AVENUE OF THE STARS
SUITE 1400
LOS ANGELES, CALIFORNIA 90067
(310) 789-3100
FAX (310) 789-3150
WWW.SUSMANGODFREY.COM

SUITE 5100
1000 LOUISIANA STREET
HOUSTON, TX 77002-5096
(713) 651-9366

SUITE 3000
401 UNION STREET
SEATTLE, WASHINGTON 98101-2683
(206) 516-3880

ONE MANHATTAN WEST
NEW YORK, NEW YORK 10001-8602
(212) 336-8330

DAVIDA BROOK
DIRECT DIAL (310) 789-3105

E-MAIL DBROOK@SUSMANGODFREY.COM

**MEMO ENDORSED**

November 16, 2026

Hon. Sarah L. Cave
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re: *Encyclopaedia Britannica, Inc. et al. v. Perplexity AI, Inc.*, No. 1:25-cv-07546-JLR-SLC: Letter Motion to Seal Certain Lines of Joint Letter, Appendices and Exhibits Constituting or Referencing Materials Designated by Perplexity as Confidential or Highly Confidential, and Materials Filed Under Seal in *Dow Jones*

Dear Judge Cave:

Pursuant to Rule I.F of the Court's Individual Practices in Civil Cases, Plaintiffs respectfully request the Court's permission to file under seal certain lines in the Parties' November 16, 2026 Joint Letter, filed in advance of the November 19, 2026 discovery conference. Plaintiffs further request to file under seal the appendices and exhibits to that letter. Plaintiffs are publicly filing a redacted version of the Joint Letter and are filing unredacted copies of the Joint Letter and the exhibits and appendices under seal.

The materials Plaintiffs seek leave to file under seal fall into three categories. First, Exhibits 1–6 are the briefing, hearing transcript, and order on two motions to compel in *Dow Jones & Co. v. Perplexity AI, Inc.*, No. 1:24-cv-07984-KPF (S.D.N.Y.). Judge Failla has maintained each of those materials under seal in *Dow Jones*, and Perplexity provided them to Plaintiffs on the condition that they be treated as Highly Confidential. Second, Exhibits 8, 9, 13, and 14 are documents that Perplexity produced in this action and designated as Highly Confidential or Confidential pursuant to the Confidentiality and Protective Order (Dkt. 55). *See*

*also, e.g.*, *Spectrum Dynamics Medical Limited v. GE Healthcare Technologies, Inc.*, 2026 WL 931622, at *2 (S.D.N.Y., Apr. 6, 2026) ("[D]ocuments containing proprietary information and sensitive business information are routinely sealed in this district."). Third, Exhibits 7 and 10-12 (correspondence between counsel) and Appendices A and B (summary charts prepared by Plaintiffs' counsel) describe the contents of those sealed and designated materials.

Plaintiffs make this request to comply with the Confidentiality and Protective Order and with the sealing of these materials in *Dow Jones*.

Plaintiffs respectfully request that the Court grant permission to file under seal any redacted lines in the Parties' Joint Letter and accompanying appendices and exhibits.

**Perplexity's Request for the November 19 Discovery Conference**

Perplexity also respectfully requests that the Court seal Thursday's discovery conference given the highly sensitive and confidential nature of the main issue raised in the Parties' Joint Letter, as Judge Failla did with respect to the September 15 conference in *Dow Jones & Co., Inc. v. Perplexity AI, Inc.*, 1:24-cv-07984-KPF. *See* Joint Letter Ex. 2 at 29:1-9. This request meets the requirements discussed by the Second Circuit in *New York C.L. Union v. New York City Transit Auth*., 684 F.3d 286, 304 (2d Cir. 2012). Maintaining the confidentiality of the information at the heart of the Parties' dispute is an "overriding interest that is likely to be prejudiced" if the courtroom is not sealed, and it would be exceedingly difficult for the Parties and the Court to discuss the Parties' dispute without referencing the confidential information. Perplexity respectfully submits that closing Thursday's conference is narrowly tailored to serve that overriding interest. *Id.* Plaintiffs are not opposed to this requested relief.

Sincerely,

*/s/ Davida Brook*

Davida Brook

SUSMAN GODFREY L.L.P.

*Counsel for Plaintiffs*

The Court is in receipt of the letter at Dkt. No. 157 filed by Plaintiffs requesting to file certain lines in the parties' joint letter (Dkt. No. 158 (the "Joint Letter")) and supporting appendices and exhibits (Dkt. Nos. 159-1–159-17 (the "Exhibits")) under seal to protect confidential information (Dkt. No. 157 (the "Document Sealing Request")). Given that Exhibits 1–6 are the briefing, hearing transcript, and order on two motions to compel in Dow Jones & Co. v. Perplexity AI, Inc., No. 24 Civ. 7984 (KPF) (S.D.N.Y.), which Judge Failla has sealed; Exhibits 8, 9, 13, and 14 are documents that Perplexity produced in this action and designated as Highly Confidential or Confidential pursuant to the Confidentiality and Protective Order (Dkt. No. 55); Exhibits 7 and 10–12 (correspondence between counsel) and Appendices A and B (summary charts prepared by Plaintiffs' counsel) describe the contents of those sealed and designated materials; and "documents containing proprietary information and sensitive business information are routinely sealed in this [D]istrict[,]" Spectrum Dynamics Med. Ltd. v. GE Healthcare Techs., Inc., No. 18 Civ. 11386 (VSB) (KHP), 2026 WL 931622, at *2 (S.D.N.Y. Apr. 6, 2026), the Document Sealing Request is **GRANTED**.

The sealed versions of the Joint Letter (Dkt. No. 159) and the Exhibits (Dkt. Nos. 159-1–159-17) shall remain under seal. Plaintiffs have already filed a publicly-viewable version of the Joint Letter (Dkt. No. 158) with the confidential information redacted, and emailed Chambers a courtesy copy of the Joint Letter and Exhibits.

As for Plaintiffs' request to "seal Thursday's conference[,]" (Dkt. No. 157 at 2 (the "Transcript Sealing Request")), Plaintiffs may file a request to seal the transcript of the upcoming November 19, 2026 conference (the "Transcript") in the normal course after the parties have ordered it and the transcriber has docketed it. The Court refers Plaintiffs to the prior Orders granting Perplexity's requests to seal transcripts of prior proceedings. (Dkt. Nos. 106; 126; 151). Accordingly, given that the November 19, 2026 conference has not yet taken place, the Transcript Sealing Request is **DENIED** without prejudice to renewal following receipt of the Transcript.

The Clerk of Court is respectfully directed to close Dkt. No. 157.

SO ORDERED. November 17, 2026

Sarah L. Cave

SARAH L. CAVE
United States Magistrate Judge