LATHAM & WATKINS LLP

King & Spalding

The Court is in receipt of the letter filed by Perplexity at Dkt. No. 164. Perplexity may provide to the plaintiffs in the Tribune and Times Litigations the transcript of the November 19, 2026 conference and the November 20, 2026 Sealed Order (Dkt. No. 163), subject to the protective order in the Tribune and Times Litigations.

SO ORDERED. November 23, 2026

SARAH L. CAVE
United States Magistrate Judge

November 20, 2026

**VIA ECF**

Hon. Sarah L. Cave
Magistrate Judge, Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

**Re: *Encyclopædia Britannica, Inc., et al. v. Perplexity AI, Inc.*, No. 25-cv-7546 – Request for Permission to Share the November 19, 2026 Hearing Transcript and Sealed Order (Dkt. 163) with Plaintiffs in *Chicago Tribune Co., LLC v. Perplexity AI, Inc.*, No. 1:25-cv-10094; *New York Times Co. v. Perplexity AI, Inc.*, No. 1:25-cv-10106**

Dear Judge Cave:

We write on behalf of Perplexity AI, Inc., defendant in the matter currently before the Court, *Encyclopædia Britannica, Inc., et al. v. Perplexity AI, Inc.*, No. 25-cv-7546 ("Britannica"), as well as in two other pending lawsuits in this district that are pending before Judge Preska: *Chicago Tribune Co., LLC v. Perplexity AI, Inc.*, No. 1:25-cv-10094 (the "Tribune Litigation") and *New York Times Co. v. Perplexity AI, Inc.*, No. 1:25-cv-10106 (the "Times Litigation").

As your Honor is aware, on November 19, 2026, the parties in this matter were before the Court in a discovery hearing. Among the issues for discussion was Plaintiffs' request to compel a cloned production of a set of documents ordered produced as a corrective action in another case in this district where Perplexity is a defendant, *Dow Jones & Co., Inc., et al. v. Perplexity AI, Inc.*, No. 24-cv-07984 (S.D.N.Y.) (the "Dow Jones Litigation"). Perplexity appreciates that your Honor has issued an order on this request today under seal due to the confidential nature of the matter. *See* Dkt. 163.

Plaintiffs in the Tribune Litigation and the Times Litigation have been closely following the discovery disputes in the Dow Jones Litigation and in this case and are now seeking to raise before Judge Preska an identical argument to the one considered in your Honor's order. In order to appropriately respond to Plaintiffs' demands in the Tribune and Times Litigations, Perplexity respectfully requests that the Court permit Perplexity to provide to Plaintiffs in the Tribune and Times Litigations the transcript and November 20, 2026 Sealed Order (Dkt. 163), subject to the protective order in the Tribune and Times Litigations.

Plaintiffs in Britannica have received similar relief for requests related to this subject matter, including on November 6, 2026 when the Court in the Dow Jones Litigation granted Plaintiffs' request for access to the Court's "October 29, 2026 Sealed Order (Dkt. #226), and any other Order or document that encapsulates the Court's analysis and adjudication of Dow Jones's follow-on motion to compel (Dkt. #218)." *See* Dow Jones Litigation, Dkt. 231.

We thank the Court for its attention to this matter.

Best regards,

*/s/ Joseph R. Wetzel*
Joseph R. Wetzel
LATHAM & WATKINS LLP
Counsel for Perplexity,
No. 1:25-cv-10094-LAP

*/s/ Bruce W. Baber*
Bruce W. Baber[1]
KING & SPALDING LLP
Counsel for Perplexity,
No. 1:25-cv-10106-LAP

---

[1] Signature used with consent in accordance with Rule 8.5(b) of the Court's ECF Rules and Instructions.